T. Barry Kingham (TBK-1219)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Plaintiff
*Alexandra Allen as Administator*
*of the Estate of William Allen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALEXANDRA ALLEN, as                                          :
Administrator of the Estate of William Allen,                :   Case No. 07 CV 8431 (HB)
                                                             :
                          Plaintiff,                         :
                                                             :
            - against -                                      :   **AFFIDAVIT OF SERVICE**
                                                             :
KENNEDY INFORMATION, INC. and                                :
THE BUREAU OF NATIONAL AFFAIRS, INC.                         :
                                                             :
                          Defendants.                        :
-------------------------------------------------------------X

STATE OF NEW YORK    :
COUNTY OF NEW YORK   :

      Lynn Mooney, being duly sworn, deposes and says:

      1.    I am over eighteen (18) years of age, am not a party to this action and am a resident of the State of New York.

      2.    I am an Executive Legal Assistant at Curtis, Mallet-Prevost, Colt & Mosle LLP.

      3.    On October 1, 2007, I served copies of the following documents:

3976084v1

(i) Summons directed to Kennedy Information, Inc.;
(ii) Summons directed to The Bureau of National Affairs, Inc.;
(iii) Civil Cover Sheet;
(iv) Complaint;
(v) Individual Practices of Judge Harold Baer, Jr.;
(vi) Individual Practices of Magistrate Judge Eaton;
(vii) USDC, SDNY Procedures For Electronic Case Filing; and
(viii) USDC, SDNY Guidelines For Electronic Case Filing.

via Federal Express upon:

Eunice Lin Bumgardner, Esq.
Vice President and General Counsel
The Bureau of National Affairs, Inc.
1801 S. Bell Street, Room 11211
Arlington, VA 22202

4. Ms. Bumgardner had represented to T. Barry Kingham, Esq., of Curtis, Mallet-Prevost, Colt & Mosle LLP, that she would accept service on behalf of Defendants Kennedy Information, Inc. and The Bureau of National Affairs, Inc.

5. A copy of the confirmation receipt from Federal Express documenting receipt of the papers from Ms. Bumgardner on October 2, 2007 is attached hereto.

*Lynn Mooney*
Lynn Mooney

Sworn to before me this
11th day of October, 2007.

*Joan E. Mezzacappa*
NOTARY PUBLIC

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20__

–2–

3976084v1




<< Log out     Home

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Eunice Lin Bumgardner<br>The Bureau of National Affairs, Inc<br>1801 S. Bell Street<br>Room 11211<br>Arlington, VA 22202<br>US<br>(703) 341-3484 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Courtesy rate quote:* | FedEx Envelope<br>give to scheduled courier at my loca<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>10060958<br>10060958<br>13.63 |
| From: | T. KINGHAM<br>CURTIS, MALLET-PREVOST, COLT & MOSL<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>US<br>2126966000 | Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | Express<br>Commercial |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service type: | 792429352635<br>082860-0001<br>Oct 01 2007<br>Priority Overnight | | |




**Please note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



Close Window

**Track Shipments/FedEx Kinko's Orders**
# Detailed Results

🖨 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 792429352635 | **Reference** | 082860-0001 |
| **Signed for by** | A.GREGORY | **Destination** | Arlington, VA |
| **Ship date** | Oct 1, 2007 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Oct 2, 2007 9:06 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

[x] Signature Image

[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 2, 2007 | 9:06 AM | **Delivered** | Arlington, VA | |
| | 8:27 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA | |
| | 7:06 AM | At dest sort facility | DULLES, VA | |
| | 7:02 AM | At local FedEx facility | ALEXANDRIA, VA | |
| | 4:19 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:05 AM | Left origin | NEW YORK, NY | |
| | 12:04 AM | Arrived at FedEx location | NEWARK, NJ | |
| Oct 1, 2007 | 7:28 PM | Picked up | NEW YORK, NY | |
| | 1:32 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [          ]    Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |

Select format: ⊙ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.