USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

Paul H. Silverman (PS 0583)
Alan E. Sash (AS 8804)
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Defendant Kennedy Information, Inc.
and Defendant The Bureau of National Affairs, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                Plaintiff,

   -against-

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                Defendants.
------------------------------------------------------------X

Docket No. 07 CIV 8431 (HB)(DFE)

**So–Ordered Stipulation
Extending Time To Respond
To The Complaint For
Each Of The Defendants**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for plaintiff ALEXANDRA ALLEN, as Administrator of the Estate of William Allen ("Plaintiff") and counsel for the defendants KENNEDY INFORMATION, INC. ("Kennedy") and THE BUREAU OF NATIONAL AFFAIRS, INC. ("BNA"), for the purposes of this stipulation, that Kennedy and BNA's time to answer, move or otherwise respond to plaintiff's complaint is hereby extended from October 22, 2007 to and including November 22, 2007, respectively.

A current copy of the docket report for this case is annexed hereto.

This stipulation may be executed in counterparts and by facsimile signature.

Dated: New York, New York
October 17, 2007

| McLAUGHLIN & STERN, LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
|---|---|
| By: /s/ | By: /s/ |
| Paul H. Silverman (PS 0583) | T. Barry Kingham (TBK 1219) |
| Alan E. Sash (AS 8804) | 101 Park Avenue |
| 260 Madison Avenue | New York, New York 10178 |
| New York, New York 10016 | (212) 696-6000 |
| (212) 448-1100 | |
| *Attorneys for Kennedy and BNA* | *Attorneys for Plaintiff* |

SO ORDERED:

/s/ 10/22/07
Hon. Harold Baer, U.S.D.J.

-2-