McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)

Attorneys for Defendant Kennedy Information, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                                             07 CV 8431 (HB)(DFE)

                  Plaintiff,

      -against-                             <u>Electronically filed</u>

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                  Defendants.
-------------------------------------------------------------X

### KENNEDY INFORMATION, INC.
### RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel on

behalf of defendant Kennedy Information, Inc. ("Kennedy"), discloses as follows:

       Kennedy, a private non-governmental party, is a corporation organized and existing under

the laws of the state of Delaware. Kennedy is a wholly owned subsidiary of The Bureau of

National Affairs, Inc., a public corporation incorporated under the laws of the state of Delaware.


Dated: November 21, 2007
       New York, New York

Kennedy Information, Inc.,
by its Attorneys,
McLAUGHLIN & STERN, LLP

By: _____
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Attorneys for Defendant