McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100
PAUL H. SILVERMAN (PS 0583)
DEANNA R. WALDRON (DW 2611)

Attorneys for Defendant The Bureau of National Affairs, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                                     Docket No. 07 CIV 8431 (HB)(DFE)

                    Plaintiff,

      -against-                          Electronically filed

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                    Defendants.
------------------------------------------------------------X

## THE BUREAU OF NATIONAL AFFAIRS, INC.
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel on

behalf of defendant The Bureau of National Affairs, Inc. ("BNA"), discloses as follows:

BNA, a non-governmental party, is a public corporation organized and existing under the

laws of the state of Delaware.  It has no corporate parents and no publicly held corporations own

ten percent or more of its stock.

Dated: November 21, 2007
       New York, New York

1

The Bureau of National Affairs, Inc.,
by its Attorneys,
McLAUGHLIN & STERN, LLP

By: _____
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Attorneys for Defendant