McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Paul H. Silverman (PS 0583)
Alan E. Sash (AS 8804)
Deanna R. Waldron (DW 2611)
*Attorneys for Defendant The Bureau of National Affairs, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                Plaintiff,

-against-

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                Defendants.

07 CIV 8431 (HB)(DFE)

**DEFENDANT THE BUREAU OF NATIONAL AFFAIRS, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**

Electronically Filed

------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant The Bureau of National Affairs, Inc. ("BNA"), by and through its attorneys, McLaughlin & Stern, LLP, will, and does hereby, move before the Hon. Harold Baer, U.S.D.J., at a time and place to be set by the Court, pursuant to Fed.R.Civ.P 12(b)(6), to dismiss the complaint in this action against BNA for failing to state a claim upon which relief can be granted.

      In support of the within motion, BNA will rely upon the declaration of Alan E. Sash, dated November 21, 2007 with exhibit annexed thereto and the accompanying memorandum of law.

Answering and replying papers, if any, from the parties shall be served and filed pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

BNA requests oral argument on the within motion.

Dated: New York, New York
November 21, 2007

>The Bureau of National Affairs, Inc.,
>by its Attorneys,
>McLAUGHLIN & STERN, LLP
>
>By: _____
>Paul H. Silverman (PS 0583)
>Alan E. Sash         (AS8804)
>Deanna R. Waldron (DW 2611)
>260 Madison Avenue
>New York, New York 10016
>(212) 448-1100
>*Attorneys for Defendant*