# MCLAUGHLIN & STERN, LLP

PAUL H. SILVERMAN
PARTNER
DIRECT DIAL (212) 803-1317
Email:psilverman@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

MILLBROOK OFFICE
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(845) 677-5700
Fax (845) 677-0097

December 3, 2007

**VIA ELECTRONIC CASE FILING**

Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    **Notice of Change of Address**
                   Allen v. Kennedy Information, Inc.
                   07 Civ. 8431 (HB)

Dear Sir:

      As of May 2, 2007, I changed my practice from Alston & Bird, LLP to the law firm of McLaughlin & Stern, LLP. Apparently, as a result of not notifying the Court of my change of firm, when I recently filed papers for a new client of McLaughlin & Stern, the case docket automatically and improperly identified me as a partner in, and my address being, the location of Alston & Bird. I am in the process of doing what is necessary to correct this oversight. In the meantime and for purposes of the above-captioned case, please take notice of the proper contact information for me as counsel in this matter:

        McLaughlin & Stern, LLP
        260 Madison Avenue
        New York, NY 10016
        Tel: (212) 448-1100
        Fax: (212) 448-0066
        Email: psilverman@mclaughlinstern.com

Thank you for your anticipated cooperation in this matter.

                   Sincerely,

                   Paul H. Silverman (PS 0583)

PHS/bj

cc:    Barry Kingham, Esq.