

ATTORNEYS AND COUNSELLORS AT LAW

| FRANKFURT | MUSCAT | 101 PARK AVENUE | TELEPHONE 212-696-6000 |
| HOUSTON | PARIS | NEW YORK, NEW YORK 10178-0061 | FACSIMILE 212-697-1559 |
| LONDON | STAMFORD | | E-MAIL info@cm-p.com |
| MEXICO CITY | WASHINGTON | | INTERNET www.cm-p.com |
| MILAN | | | |

faWRITER'S DIRECT:
TEL. 212-696-6046
E-MAIL bkingham@cm-p.com
FACSIMILE 917-368-8946

December 4, 2007

Honorable Harold A. Baer
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Alexandra Allen, as Administrator of the Estate of*
              *William Allen v. Kennedy Information, Inc. and*
              *The Bureau of National Affairs, Inc. 07 Civ. 8431 (HB)(DE)*

Dear Judge Baer:

      We are counsel for the plaintiff. I write pursuant to Rule 1(E) of this Court's Individual Practices to request an adjournment of the Pre-Trial Conference set for 2:00 p.m. on Thursday, December 27, 2007.

      This conference has been set for a date when I will be out of the city for the Christmas holiday with my family. Accordingly, I request that the conference by re-scheduled for a date in January or February 2008, with the exception of the last week of January and the first week of February, when counsel for the defendants is not available.

      I have discussed this request with Paul H. Silverman, counsel for the defendants, who consents to the adjournment.

Respectfully,

T. Barry Kingham

cc: Paul H. Silverman, Esq.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
12/12/07