T. Barry Kingham (TBK-1219)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Plaintiff
*Alexandra Allen as Administator*
*of the Estate of William Allen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALEXANDRA ALLEN, as                                          :
Administrator of the Estate of William Allen,                :
                                                             :
                           Plaintiff,        :    Index No. 07 CIV 8431 (HB) (DFE)
                                                             :
            - against -                      :    **NOTICE OF PLAINTIFF'S**
                                                  **MOTION TO DISMISS**
KENNEDY INFORMATION, INC. and                :    **FIRST AND SECOND**
THE BUREAU OF NATIONAL AFFAIRS, INC.              **COUNTERCLAIMS OF**
                                             :    **DEFENDANT KENNEDY**
                           Defendants.            **INFORMATION, INC.**
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that plaintiff Alexandra Allen, as Administrator of the Estate of William Allen, by and through her undersigned attorneys, moves before the Honorable Harold Baer, U.S.D.J., at a time and place to be set by the Court, to dismiss the First and Second Counterclaims of defendant Kennedy, pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6), for failure to state a claim upon which relief can be granted.

In support of the within motion, plaintiff relies upon the declaration of T. Barry Kingham, dated December 19, 2007 with exhibits, and the accompanying memorandum of law.

-2-

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, should be served and filed pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Dated:  December 19, 2007
        New York, New York

Respectfully submitted,

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

By: _____
    T. Barry Kingham (TBK-1219)
101 Park Avenue
New York, New York  10178
(212) 696-6000
Attorneys for Plaintiff
*Alexandra Allen as Administrator of the Estate of William Allen*

To:  Paul H. Silverman, Esq.
     McLaughlin & Stern, LLP
     260 Madison Avenue
     New York, NY  10016

     *Attorneys for Defendant
     Kennedy Information, Inc.*