T. Barry Kingham (TBK-1219)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Plaintiff
*Alexandra Allen as Administator*
*of the Estate of William Allen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

          Plaintiff,

- against -

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

          Defendants.
------------------------------------------------------------X

Index No. 07 CIV 8431 (HB) (DFE)

**DECLARATION IN SUPPORT OF PLAINTIFF ALLEN'S MOTION TO DISMISS FIRST AND SECOND COUNTERCLAIMS OF DEFENDANT KENNEDY INFOERMATION, INC.**

      T. BARRY KINGHAM, declares under penalty of perjury:

      1.    I am a member of the Bar of this Court and of Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Plaintiff Alexandra Allen, Administrator of the Estate of William Allen.

      2.    I submit this Declaration in support of Plaintiff's motion to dismiss, pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6), to dismiss the First and Second Counterclaims of defendant Kennedy, for failure to state a claim upon which relief can be granted.

      3.    Exhibit A to this Declaration is a copy of Plaintiff's Complaint.

4. Exhibit B to this Declaration is a copy of Defendant's Answer, Defenses and Counterclaims.

**WHEREFORE**, for the reasons set forth in the accompanying memorandum of law, the Court should dismiss defendant's First and Second Counterclaims pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6).

Dated: New York, New York
December 19, 2007

_____
T. Barry Kingham