USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                Plaintiff,

-against-

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                Defendants.

------------------------------------------------------------X

07 CIV 8431 (HB)(DFE)

**SO ORDERED STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff ALEXANDRA ALLEN, as Administrator of the Estate of William Allen ("Allen") and counsel for defendant KENNEDY INFORMATION, INC. ("Kennedy") and counsel for defendant THE BUREAU OF NATIONAL AFFAIRS, INC. ("BNA"), that (1) Kennedy's time to respond to plaintiff's motion to dismiss the counterclaim and is hereby extended from December 26, 2007 to and including January 18, 2008; and (2) Allen's time to reply to Kennedy's opposition to her motion to dismiss is extended to February 5, 2008.

A current copy of the docket report for this case is annexed hereto.

This Stipulation may be executed in counterparts by facsimile signature.

Dated: New York, New York
       December 19, 2007

McLAUGHLIN & STERN, LLP

By: _____
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, NY 10016
(212) 448-1100

*Attorneys for Kennedy*

McLAUGHLIN & STERN, LLP

By: _____
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, NY 10016
(212) 448-1100

*Attorneys for BNA*

CURTIS, MALLET-PREVOST, COLT
MOSLE LLP

By: _____
T. Barry Kingham (TBK 1219)
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000

*Attorneys for Alexandra Allen*

Dated: New York, New York
       December 20, 2007

SO ORDERED

_____
Hon. Harold Baer, U.S.D.J.