McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
*Attorneys for Defendant Kennedy Information, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

    Plaintiff,

 -against-

KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

    Defendants.

07 CIV 8431 (HB)(DFE)

**DEFENDANT KENNEDY INFORMATION, INC.'S NOTICE OF MOTION TO DISMISS COUNTS TWO AND THREE OF THE COMPLAINT**

Electronically Filed

------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Kennedy Information, Inc. ("Kennedy"), by and through its attorneys, McLaughlin & Stern, LLP, will, and does hereby, move before the Hon. Harold Baer, U.S.D.J., at a time and place to be set by the Court, pursuant to Fed.R.Civ.P 12(b)(6), to dismiss Count two (*quantum meruit*) and Count three (accounting) of the Complaint in this action against Kennedy for failing to state a claim upon which relief can be granted.

In support of the within motion, is the declaration of Deanna R. Waldron, dated January 2, 2008 with exhibit annexed thereto and the accompanying memorandum of law.

Answering and replying papers, if any, from the parties shall be served and filed pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Kennedy requests oral argument on the within motion.

Dated: New York, New York
January 2, 2008

                          Kennedy Information, Inc.,
                          by its Attorneys,
                          McLAUGHLIN & STERN, LLP

                          By: _____
                          Paul H. Silverman (PS 0583)
                          Deanna R. Waldron (DW 2611)
                          260 Madison Avenue
                          New York, New York 10016
                          (212) 448-1100
                          *Attorneys for Defendant*