T. Barry Kingham (TBK-1219)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Plaintiff
*Alexandra Allen as Administator*
*of the Estate of William Allen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEXANDRA ALLEN, as
Administrator of the Estate of William Allen,

                Plaintiff,        Index No. 07 CIV 8431 (HB) (DFE)

        - against -            **STIPULATION OF DISMISSAL**
                                     **WITH PREJUDICE**
KENNEDY INFORMATION, INC. and
THE BUREAU OF NATIONAL AFFAIRS, INC.

                Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alexandra Allen, as Administrator of the Estate of William Allen, and Defendants Kennedy Information, Inc. and The Bureau of National Affairs, Inc., by their undersigned attorneys, that this action, including all claims and counterclaims, is dismissed voluntarily with prejudice

without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 26, 2008
New York, New York

McLAUGHLIN & STERN, LLP

By: /s/ Paul H. Silverman
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, NY 10016
(212) 448-1100

*Attorneys for Defendants*
*Kennedy Information Inc.*

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: /s/ T. Barry Kingham
T. Barry Kingham (TBK 1219)
101 Park Avenue
New York, NY 10178
(212) 696-6000

*Attorney for Plaintiff*
*Alexandra Allen, as Administrator of the*
*Estate of William Allen*

McLAUGHLIN & STERN, LLP

By: /s/ Paul H. Silverman
Paul H. Silverman (PS 0583)
Deanna R. Waldron (DW 2611)
260 Madison Avenue
New York, NY 10016
(212) 448-1100

*Attorneys for Defendant*
*The Bureau of National Affairs, Inc.*

> The Clerk of the Court is instructed to close and to remove this case from my docket.
>
> /s/ Harold Baer 7/1/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

-2-